**No. 58465.**—George H. Beurhaus Co. and Hoyt, Shepston & Sciaroni *v.* United States, protests 201803–K and 202935–K (San Francisco).

Opinion by Johnson, J.  In accordance with stipulation of counsel that the merchandise consists of pumpkin seed kernels the same in all material respects as those the subject of *George Beurhaus Co.* and *Hoyt, Shepston & Sciaroni* v. *United States* (32 Cust. Ct. 269, C. D. 1612), the claim of the plaintiffs was sustained.

October 29, 1954

**No. 58466.**—Suit 4778.—United States *v.* Paul A. Straub & Co., Inc.—

—A. R. D. 20 reversed February 3, 1954. C. A. D. 553.